UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| LARRY WILLIAMS ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| ) Civil No.: 3:17-cv-00787-CRS | |
| ) | |
| v. ) | |
| ) | |
| BOB EVANS RESTAURANTS, LLC ) | |
| & BOB EVANS FARMS, LLC ) | |
| ) | |
| DEFENDANTS ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned, Martin A. Pohl, and pursuant to LR 83.6, hereby moves this Court for leave to withdrawal as counsel of record for the Plaintiff, Larry Williams. In support of said motion, the undersigned states the following:

After numerous and lengthy discussions with the Plaintiff, it has become clear that the undersigned and the Plaintiff do not share a common understanding about the nature and extent of this civil action. Accordingly, the Plaintiff has made a decision to retain alternative counsel, and no longer seeks to have the undersigned or his firm represent him in this matter.

Wherefore, based on the foregoing, the undersigned respectfully request this Court to enter the attached order granting him leave to withdrawal as counsel of record for the Plaintiff.

Respectfully Submitted,

/s/Martin A. Pohl_____
MARTIN POHL
Hessig & Pohl, PLLC
922 Franklin Street
Louisville, KY 40206
T: 502-583-5782
F: 502-583-5785
martin@hessigandpohl.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing was filed electronically using the CM/ECF system on this the 19th day of March 2018, which will automatically send notice and copy of the foregoing to the following individual(s):

Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 West Main Street, Ste. 3000
Louisville, KY 40202
tstevens@bdblawky.com
*Counsel for the Defendants*

Scott D. Festin
Donna Law Firm, P.C.
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
sfestin@donnalaw.com
*Counsel for the Defendants*

      It is hereby further certified that a true and accurate copy of the foregoing was mailed, postage prepaid, on the same date, to the following individual:

Larry Williams
3700 Chateau Lane, #40
Louisville, KY 40219

/s/Martin A. Pohl_____
MARTIN POHL