UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| LARRY WILLIAMS ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Civil No.: 3:17-cv-00787-CRS |
| ) | |
| v. ) | |
| ) | |
| BOB EVANS RESTAURANTS, LLC ) | |
| & BOB EVANS FARMS, LLC ) | |
| ) | |
| DEFENDANTS ) | |

**ORDER**

A motion having been made by Martin A. Pohl for leave to withdraw as counsel of record for the Plaintiff, and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Martin A. Pohl, and the law firm of Hessig & Pohl, PLLC are hereby permitted to withdraw as counsel of record for the Plaintiff, Larry Williams.

**IT IS HEREBY FURTHER ORDERED** that this action is **STAYED** for forty-five (45) days to allow the Plaintiff to retain substitute counsel.

_____
JUDGE, U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

DATE: _____